

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2023

No. 04-22-00601-CR

**EX PARTE** Federico Contreras **SANCHEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12649CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On January 25, 2023, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's brief is due no later than March 1, 2023. Further requests for extension of time will be disfavored.

It is so **ORDERED** on January 27, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT